No. 83–1585. WOLTERS VILLAGE, LTD. *v.* VILLAGE PROPER-TIES, LTD. C. A. 5th Cir. Certiorari denied.

No. 83–1588. CRAMER *v.* STATE BAR OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–1595. VALERIANO *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 83–1603. BURNWORTH *v.* BURNWORTH. Ct. App. Colo. Certiorari denied.

No. 83–1639. LAFONTAINE *v.* CHESAPEAKE & OHIO RAILWAY CO. C. A. 6th Cir. Certiorari denied.

No. 83–1641. MULLEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1644. MORRIS *v.* ATTORNEY GRIEVANCE COMMISSION OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 83–1665. BORRELL *v.* UNITED STATES INFORMATION AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 83–1694. PRIMROSE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1701. BOSTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–5869. CROWDER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6005. KINDEM *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 83–6024. SANTANA ET AL. *v.* COLLAZO ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–6057. MOCK *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.